UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**CLINT MUECK,**

   *Plaintiff*

**v.**

                          Case No. SA-20-CV-00801-JKP

**LA GRANGE ACQUISITIONS, L.P.,**

   *Defendant*

**FINAL JUDGMENT**

The Court considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order issued contemporaneously with this Final Judgment the Court GRANTED summary judgment for Defendant LaGrange Acquisitions, L.P. Having entered summary judgment as to all claims, final judgment is hereby entered in favor of Defendants. The Court **DISMISSES** this action with prejudice. Plaintiff Clint Mueck takes nothing from the presented causes of action.

The Clerk of the Court shall close this case upon entry of this judgment.

SIGNED this 3rd day of January, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE