IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CLINT MUECK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 5:20-cv-00801 |
| LAGRANGE ACQUISITIONS, L.P., | § § | |
| Defendant. | § § | |

## PLAINTIFF CLINT MUECK'S NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(a)(1), Plaintiff Clint Mueck hereby appeals to the U.S. Court of Appeals to the Fifth Circuit from the District Court's January 3, 2022 order granting summary judgment in favor of Defendant and from the take-nothing final judgment of even date.

Respectfully submitted,

/s/Michael V. Galo, Jr.
Michael V. Galo, Jr.
State Bar No. 00790734
Galo Law Firm, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas 78229
mgalo@galolaw.com
Telephone -- 210.616.9800
Facsimile -- 210.616.9898
ATTORNEYS FOR PLAINTIFF
CLINT MUECK

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on counsel for Defendant, on this 28th day of January, 2022 as follows:

Ms. Kelley Edwards
Mr. Luke C. MacDowall
Littler Mendelson, P.C.
1301 McKinney St., Suite 1900
Houston, Texas 77010
**via Electronic Filing System**

/s/Michael V. Galo, Jr.
Michael V. Galo, Jr.